

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 8, 2021

**By ECF**

The Honorable Jesse M. Furman
United States District Court
40 Foley Square
New York, NY 10007

      Re: *United States v. Dan Ying Gao,* No. 21 Cr. 42 (JPO)

Dear Judge Furman:

      The parties respectfully request to adjourn the conference currently scheduled for April 19, 2021, at 2:00 p.m., for 60 days.  The Government has produced discovery, and the parties are in discussions regarding a potential resolution of this case.  For this same reason, the Government requests that the Court exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) until the date of the next pretrial conference.  The defendant consents to the exclusion of time.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

by: _____
      Cecilia E. Vogel
      Thomas Wright
      Assistant United States Attorneys
      (212) 637-1084

cc:    David Greenfield, Esq. (counsel for Dan Ying Gao) (via ECF)