

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 8, 2021

**By ECF**

The Honorable Jesse M. Furman
United States District Court
40 Foley Square
New York, NY 10007

Re: *United States v. Dan Ying Gao,* No. 21 Cr. 42 (~~JPO~~) JMF

Dear Judge Furman:

     The parties respectfully request to adjourn the conference currently scheduled for April 19, 2021, at 2:00 p.m., for 60 days. The Government has produced discovery, and the parties are in discussions regarding a potential resolution of this case. For this same reason, the Government requests that the Court exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) until the date of the next pretrial conference. The defendant consents to the exclusion of time.

     Respectfully submitted,

     AUDREY STRAUSS
     United States Attorney

by: _____
     Cecilia E. Vogel
     Thomas Wright
     Assistant United States Attorneys
     (212) 637-1084

cc: David Greenfield, Esq. (counsel for Dan Ying Gao) (via ECF)

Application GRANTED. The pretrial conference is hereby ADJOURNED to June 28, 2021, at 2:30 p.m. Time is excluded in the interests of justice between today, until June 28, 2021 for the reasons set forth in the Government's letter. The Clerk of Court is directed to terminate Doc. 21. SO ORDERED.

April 8, 2021