

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 28, 2022

**By ECF**

<span style="color:blue">Application GRANTED. A change-of-plea conference is scheduled for March 1, 2022, at 12:00 p.m. Time is excluded in the interests of justice from today, January 31, 2022, until March 1, 2022 for the reasons set forth in the Government's letter. The Clerk of Court is directed to terminate Doc. #29. SO ORDERED.</span>

The Honorable Jesse M. Furman
United States District Court
40 Foley Square
New York, NY 10007

<span style="color:blue">January 31, 2022</span>

Re: *United States v. Dan Ying Gao,* No. 21 Cr. 42 (JMF)

Dear Judge Furman:

The parties respectfully request to schedule a change of plea in this case in the first week of March.  Defense counsel has informed the Government that the defendant intends to plead guilty, but counsel requires additional time to meet with the defendant in order to prepare her for the change of plea. For this same reason, the Government requests that the Court exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) until the date of the scheduled change of plea.  The defendant consents to the exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Cecilia E. Vogel
Thomas Wright
Assistant United States Attorneys
(212) 637-1084

cc:    David Greenfield, Esq. (counsel for Dan Ying Gao) (via ECF)