LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

July 25, 2022

VIA ECF

Hon. Jesse M. Furman
United States District Judge
  Southern District of New York
Thurgood Marshal United States Courthouse
40 Foley Square
New York, NY 10007

*Application GRANTED. Sentencing is hereby ADJOURNED to October 19, 2022, at 3:15 p.m.. The Clerk of Court is directed to terminate Doc. #38. SO ORDERED.*

*July 26, 2022*

Re: **United States v. Dan Ying Gao**, 21-cr-42 (JMF)

Dear Judge Furman:

    I am counsel to Ms. Dan Ying Gao. I write, with no objection from the government, to seek a 60-day adjournment of Ms. Gao's sentencing, currently scheduled for August 9. This is the second request for an adjournment.

    I am still collecting materials that I believe are necessary to prepare a thorough sentencing submission on Ms. Gao's behalf. Those materials include letters of support from China, many of which will also need to be translated.

    Therefore, with no objection from the government, I respectfully request a 60-day adjournment of Ms. Gao's sentencing.

    I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

David S. Greenfield

cc: All Parties (via ECF)