LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

September 30, 2022

**VIA ECF**

Hon. Jesse M. Furman
United States District Judge
  Southern District of New York
Thurgood Marshal United States Courthouse
40 Foley Square
New York, NY 10007

*Application GRANTED. Sentencing is hereby ADJOURNED to December 8, 2022, at 2:15 p.m.. The Clerk of Court is directed to terminate Doc. #40. SO ORDERED.*

*/s/ September 30, 2022*

Re: **United States v. Dan Ying Gao**, 21-cr-42 (JMF)

Dear Judge Furman:

    I am counsel to Ms. Dan Ying Gao. I write, with no objection from the government, to seek a 45-day adjournment of Ms. Gao's sentencing, currently scheduled for October 19. The parties have agreed upon the week of December 5, 2022, if convenient for the Court. This is the third request for an adjournment.

    The defense needs additional time to receive letters of support from China and for those potentially significant letters to be translated from Chinese.

    Therefore, with no objection from the government, I respectfully request an approximately 45-day adjournment of Ms. Gao's sentencing. As noted, if convenient for the Court, the parties are available the week of December 5, 2022.

    I thank the Court for its attention to this matter.

                        Respectfully submitted,

                                /s/

                        David S. Greenfield

cc: All Parties (via ECF)